IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. _____ ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. 7.1, plaintiffs state that they have no parent corporations and that no publicly-held corporation owns 10% or more of plaintiffs' stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Counsel for Plaintiffs*
  *Spear Pharmaceuticals, Inc. and*
  *Spear Dermatology Products, Inc.*

*Of Counsel:*
Steven Lieberman
Jason M. Shapiro
Lisa N. Phillips
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6040

Dated: December 17, 2007