## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-821-JJF |
| v. | ) ) | |
| WILIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

Defendant Valeant Pharmaceuticals International's time to answer, move or otherwise respond to

the Complaint in this action is extended to February 15, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          POTTER ANDERSON & CORROON LLP


By:  /s/ Jack B. Blumenfeld
     Jack B. Blumenfeld (#1014)
     Rodger Dallery Smith, II (#3778)
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE 19899
     jblumenfeld@mnat.com
     rsmith@mnat.com

*Attorneys for Plaintiffs Spear Pharmaceuticals,*
*Inc. and Spear Dermatology International*


By: /s/ Richard L. Horwitz
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware  19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendant*
*Valeant Pharmaceuticals International*


SO ORDERED, this _____ day of _____, 2008.


_____
                    Judge

840389 / 32603