IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-821-JJF |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time within which Defendant William Blair & Company, L.L.C. shall move, answer or otherwise respond to the Complaint filed herein is extended to and including February 15, 2008.

/s/ Rodger D. Smith
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith II (#3778)
rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiffs*

Dated: January 7, 2008

/s/ Gregory V. Varallo
Gregory V. Varallo (#2242)
varallo@rlf.com
Ethan A. Shaner (#4650)
shanner@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant William Blair & Company, L.L.C.*

Dated: January 7, 2008

-2-

IT IS SO ORDERED this _____ day of January, 2008.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

<u>By Hand Delivery</u>:

Richard L. Horwitz, Esqurie
Pottern Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

/s/ Gregory V. Varallo
Gregory V. Varallo (#2242)

RLF1-3240925-1