## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 07-821-JJF |
| v. | ) ) | |
| WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANT WILLIAM BLAIR & COMPANY, L.L.C.'S
### MOTION TO DISMISS THE COMPLAINT

Defendant William Blair & Company, L.L.C. ("Blair"), by its attorneys, respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing the complaint with prejudice. The grounds for this motion are set forth in Blair's Opening Brief In Support Of Its Motion To Dismiss filed contemporaneously herewith.

Gregory V. Varallo (#2242)
Varallo@rlf.com
Steven J. Fineman (#4025)

OF COUNSEL:

Walter C. Carlson
Hille R. Sheppard
Kevin C. Pecoraro
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: February 15, 2008

Fineman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*William Blair & Company, L.L.C.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SPEAR PHARMACEUTICALS, INC. and          )
SPEAR DERMATOLOGY PRODUCTS, INC.,         )
                                          )     C.A. No. 07-821-JJF
        Plaintiffs,                       )
                                          )
            v.                            )
                                          )
WILLIAM BLAIR & COMPANY, L.L.C.,          )
and VALEANT PHARMACEUTICALS               )
INTERNATIONAL,                            )
                                          )
        Defendants.                       )

## ORDER

WHEREAS, defendant William Blair & Company, L.L.C. having moved the Court for an

order dismissing the complaint with prejudice, and;

WHEREAS, the Court having considered the briefs and arguments in support of and

opposition to said motion:

IT IS HEREBY ORDERED, this ___ day of _____, 2008, that the motion is

GRANTED, and the complaint is dismissed with prejudice.


_____
United States District Judge