IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>WILIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL,<br><br>Defendants. | C.A. No. 07-821-JJF<br><br>**JURY TRIAL DEMANDED** |

## VALEANT PHARMACEUTICALS' MOTION TO DISMISS

Defendant Valeant Pharmaceuticals International respectfully moves pursuant Fed. R. Civ. P. 12(b)(6) to dismiss the complaint filed against it by Spear Pharmaceuticals, Inc. and Spear Dermatology Products, Inc. The grounds for this motion are further set forth in the accompanying Brief.

OF COUNSEL:

Richard de Bodo
Siegmund Gutman
David G. Chang
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600

Michael L. Kidney
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004–1109
Tel: (202) 637-5600

Dated: February 15, 2008
849070 / 32603

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, Delaware 19801
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

*Attorneys for Defendant*
*Valeant Pharmaceuticals International*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 15, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Gregory V. Varallo
Ethan A. Shaner
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
varallo@rlf.com
shanner@rlf.com

Steven Lieberman
Jason M. Shapiro
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
slieberman@rfem.com
jshapiro@rfem.com
lphillips@rfem.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

848483 / 32603