IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS, INTERNATIONAL,<br><br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 07-821-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Walter C. Carlson, Hille R. Sheppard and Kevin Pecoraro of Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, to represent Defendant William Blair & Company, L.L.C. in this matter.

                                        /s/ Gregory V. Varallo
                              Gregory V. Varallo (#2242)
                              varallo@rlf.com
                              Steven J. Fineman (#4025)
                              fineman@rlf.com
                              Richards Layton & Finger
                              One Rodney Square
                              920 North King Street
                              Wilmington, DE 19801
                              302-651-7700
                              Attorneys for Defendant William Blair &
Dated: February 15, 2008        Company, L.L.C.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted on this _____ day of February, 2008.

                                                  _____
                                                  United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 13, 2008

Walter C. Carlson
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
E-mail: wcarlson@sidley.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

/s/ Hille R. Sheppard
Hille R. Sheppard
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000

Dated: February 15, 2008

RLF1-3254105-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Kevin C. Pecoraro
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000

Dated: February 15, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Jack B. Blumenfeld, Esquire
> Rodger D. Smith, II, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com