IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br> Defendants. | C.A. No. 07-821-JJF <br><br> **JURY TRIAL DEMANDED** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Richard de Bodo, Siegmund Gutman, and David G. Chang of Hogan & Hartson LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067 and Michael L. Kidney of Hogan & Hartson LLP, 555 Thirteenth Street, N.W., Washington, D.C. 20004 to represent Defendant Valeant Pharmaceuticals International in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 21, 2008
849353 / 32603

*Counsel for Defendant*
*Valeant Pharmaceuticals International*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐    has been paid to the Clerk of the Court

    ☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: February 21, 2008      Signed:    */s/ Richard de Bodo*
                                                   Richard de Bodo
                                                   Hogan & Hartson LLP
                                                 1999 Avenue of the Stars
                                                 Suite 1400
                                                 Los Angeles, CA 90067
                                                 Tel: (310) 785-4600
                                                 rdebodo@hhlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinios and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 21, 2008        Signed:        */s/ Siegmund Gutman*
Siegmund Gutman
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
sgutman@hhlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 21, 2008            Signed:     /s/ David G. Chang
                                               David G. Chang
                                               Hogan & Hartson LLP
                                               1999 Avenue of the Stars
                                               Suite 1400
                                               Los Angeles, CA 90067
                                               Tel: (310) 785-4600
                                               dgchang@hhlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

- ○ has been paid to the Clerk of the Court

- ❄ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 21, 2008    Signed:    */s/ Michael L. Kidney*
                                                Michael L. Kidney
                                                Hogan & Hartson LLP
                                                555 Thirteenth Street, N.W
                                                Washington, D.C.  20004
                                                Tel: (310) 785-4600
                                  mlkidney@hhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 21, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Steven Lieberman
Jason M. Shapiro
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
slieberman@rfem.com
jshapiro@rfem.com
lphillips@rfem.com

Gregory V. Varallo
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
varallo@rlf.com
fineman@rlf.com

Walter C. Carlson
Hille R. Sheppard
Kevin C. Pecoraro
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
wcarlson@sidley.com
hsheppard@sidley.com
kpecoraro@sidley.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

848483 / 32603