IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-821-JJF |
| WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:  (1) the time for plaintiffs to file their Answering Brief In Opposition To Defendant William Blair & Company, L.L.C.'s Motion To Dismiss The Complaint (D.I. 8) and their Answering Brief In Opposition To Valeant Pharmaceuticals' Motion To Dismiss (D.I. 10) is extended until April 7, 2008; and (2) the time for defendants to file their Reply Briefs in support of their Motions To Dismiss is extended until May 7, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP       RICHARDS, LAYTON & FINGER, P.A.

*/s/ Rodger D. Smith II*                                              */s/ Steven J. Fineman*

_____       _____

Jack B. Blumenfeld (#1014)                                    Gregory V. Varallo (#2242)
Rodger D. Smith II (#3778)                                     Steven J. Fineman (#4025)
1201 N. Market Street                                              One Rodney Square
P.O. Box 1347                                                           920 King Street
Wilmington, DE  19899                                           Wilmington, DE  19801
(302) 658-9200                                                         (302) 651-7700
rsmith@mnat.com                                                    fineman@rlf.com
  *Attorneys for Plaintiffs*                                       *Attorneys for Defendant*
  *Spear Pharmaceuticals, Inc. and*                          *William Blair & Company, L.L.C.*
  *Spear Dermatology Products, Inc.*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
  *Attorneys for Defendant*
  *Valeant Pharmaceuticals International*

SO ORDERED this ___ day of March 2008.


United States District Court Judge

1726554