IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 07-821-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: (1) the time for plaintiffs to file their Answering Brief In Opposition To Defendant William Blair & Company, L.L.C.'s Motion To Dismiss The Complaint (D.I. 8) and their Answering Brief In Opposition To Valeant Pharmaceuticals' Motion To Dismiss (D.I. 10) is extended until April 18, 2008; and (2) the time for defendants to file their Reply Briefs in support of their Motions To Dismiss is extended until May 19, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br>   *Attorneys for Plaintiffs* <br>   *Spear Pharmaceuticals, Inc. and* <br>   *Spear Dermatology Products, Inc.* | Gregory V. Varallo (#2242) <br> Steven J. Fineman (#4025) <br> One Rodney Square <br> 920 King Street <br> Wilmington, DE  19801 <br> (302) 651-7700 <br> fineman@rlf.com <br>   *Attorneys for Defendant* <br>   *William Blair & Company, L.L.C.* |

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
   *Attorneys for Defendant*
   *Valeant Pharmaceuticals International*


SO ORDERED this ___ day of _____ 2008.


_____
United States District Court Judge

1726554