**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-821-JJF |
| v. | ) ) | |
| WILIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

Defendants' time to answer, move or otherwise respond to the Supplemental Complaint in this

action (D.I. 18) shall be extended from June 18, 2008 to July 2, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          POTTER ANDERSON & CORROON LLP


By:  /s/ Rodger D. Smith, II                                By: /s/ David E. Moore
    Jack B. Blumenfeld (#1014)                        Richard L. Horwitz (#2246)
    Rodger Dallery Smith, II (#3778)                  David E. Moore (#3983)
    1201 North Market Street                          Hercules Plaza, 6th Floor
    P.O. Box 1347                                     1313 N. Market Street
    Wilmington, DE 19899                              Wilmington, Delaware  19801
    Tel:  (302) 658-9200                              Tel:  (302) 984-6000
    jblumenfeld@mnat.com                             rhorwitz@potteranderson.com
    rsmith@mnat.com                                  dmoore@potteranderson.com

*Attorneys for Plaintiffs Spear Pharmaceuticals,*          *Attorneys for Defendant*
*Inc. and Spear Dermatology International*                 *Valeant Pharmaceuticals International*

RICHARDS, LAYTON & FINGER


By: _/s/ Steven J. Fineman_
       Gregory V. Varallo (#2242)
       Steven J. Fineman (#4025)
       One Rodney Square
       Wilmington, DE 19899
       Tel: (302) 651-7700
       varallo@rlf.com
       fineman@rlf.com

*Attorneys for Defendant William Blair & Company, L.L.C.*


SO ORDERED, this _____ day of _____, 2008.


_____
              Judge

869706 / 32603