IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-821-JJF <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Supplemental Complaint in this action (D.I. 18) shall be extended from July 2, 2008 to July 9, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP         POTTER ANDERSON & CORROON LLP

By: /s/ Rodger D. Smith, II
    Jack B. Blumenfeld (#1014)
    Rodger Dallery Smith, II (#3778)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com

*Attorneys for Plaintiffs Spear Pharmaceuticals, Inc. and Spear Dermatology International*

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Valeant Pharmaceuticals International*

RICHARDS, LAYTON & FINGER

By: /s/ Steven J. Fineman
Gregory V. Varallo (#2242)
Steven J. Fineman (#4025)
One Rodney Square
Wilmington, DE 19899
Tel: (302) 651-7700
varallo@rlf.com
fineman@rlf.com

*Attorneys for Defendant William Blair & Company, L.L.C.*

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

872582 / 32603