IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-821-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT WILLIAM BLAIR & COMPANY, L.L.C.'S
### MOTION TO DISMISS THE SUPPLEMENTAL COMPLAINT

Defendant William Blair & Company, L.L.C. ("Blair"), by its attorneys, respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing the Supplemental Complaint (D.I. 18) with prejudice. The grounds for this motion are set forth in Defendant William Blair & Company's Opening Brief In Support Of Its Motion To Dismiss The Supplemental Complaint filed contemporaneously herewith.

/s/ *signature*

Gregory V. Varallo (#2242)
Varallo@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Defendant William Blair & Company, L.L.C.

OF COUNSEL:
Walter C. Carlson
Hille R. Sheppard
Kevin C. Pecoraro
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: July 9, 2008

RLF1-3300844-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard L. Horowitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951y
Wilmington, DE 19899

I hereby certify that on July 9, 2008, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Steven Lieberman, Esquire
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 2005

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )　　C.A. No. 07-821-JJF |

## ORDER

　　WHEREAS, defendant William Blair & Company, L.L.C. having moved the Court for an order dismissing the supplemental complaint with prejudice, and;

　　WHEREAS, the Court having considered the briefs and arguments in support of and opposition to said motion:

　　IT IS HEREBY ORDERED, this ___ day of _____, 2008, that the motion is GRANTED, and the supplemental complaint is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

RLF1-3300844-1