## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-821-JJF <br><br> **JURY TRIAL DEMANDED** |

## VALEANT PHARMACEUTICALS' MOTION TO DISMISS
## THE SUPPLEMENTAL COMPLAINT

Defendant Valeant Pharmaceuticals International respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an Order dismissing the Supplemental Complaint filed by Spear Pharmaceuticals, Inc. and Spear Dermatology Products, Inc. (D.I. 18). The grounds for this motion are set forth in the accompanying brief in support.

OF COUNSEL:

Richard de Bodo
Siegmund Gutman
David G. Chang
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600

Michael L. Kidney
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: (202) 637-5600

Dated: July 9, 2008
849070 / 32603

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Valeant Pharmaceuticals International*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 9, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 9, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Steven Lieberman
Jason M. Shapiro
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
slieberman@rfem.com
jshapiro@rfem.com
lphillips@rfem.com

Gregory V. Varallo
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
varallo@rlf.com
fineman@rlf.com

Walter C. Carlson
Hille R. Sheppard
Kevin C. Pecoraro
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
wcarlson@sidley.com
hsheppard@sidley.com
kpecoraro@sidley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

848483 / 32603

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILIAM BLAIR & COMPANY, L.L.C. and VALEANT PHARMACEUTICALS INTERNATIONAL, <br><br> Defendants. | C.A. No. 07-821-JJF <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER

Having considered defendant Valeant Pharmaceuticals International's Motion to Dismiss the Supplemental Complaint; IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge

849070 / 32603