IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-821-JJF |
| WILLIAM BLAIR & COMPANY, L.L.C., and VALEANT PHARMACEUTICALS INTERNATIONAL, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiffs to file their Answering Brief In Opposition To Defendant William Blair & Company, L.L.C.'s Motion To Dismiss The Supplemental Complaint (D.I. 22) and their Answering Brief In Opposition To Valeant Pharmaceuticals' Motion To Dismiss The Supplemental Complaint (D.I. 24) is extended until August 15, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014) | Gregory V. Varallo (#2242) |
| Rodger D. Smith II (#3778) | Steven J. Fineman (#4025) |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| rsmith@mnat.com | fineman@rlf.com |
|   *Attorneys for Plaintiffs* |   *Attorneys for Defendant* |
|   *Spear Pharmaceuticals, Inc. and* |   *William Blair & Company, L.L.C.* |
|   *Spear Dermatology Products, Inc.* | |

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

---

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
  *Attorneys for Defendant*
  *Valeant Pharmaceuticals International*


SO ORDERED this ___ day of _____ 2008.


_____
United States District Court Judge

2409241