IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPEAR PHARMACEUTICALS, INC. and SPEAR DERMATOLOGY PRODUCTS, INC., :<br><br>Plaintiffs, :<br><br>v. :<br><br>WILLIAM BLAIR & COMPANY, LLC, : and VALEANT PHARMACEUTICALS : INTERNATIONAL, :<br><br>Defendants. : | Civil Action No. 07-821 JJF |

## MEMORANDUM ORDER

Plaintiffs' letter dated November 4, 2008 (D.I. 39) requests a scheduling conference in this trade secret misappropriation and breach of contract case. Plaintiffs' letter notes motions to dismiss have been filed for which briefing was completed by the parties in mid-October 2008. Plaintiffs also request that discovery commence immediately.

Defendants, by letter dated November 6, 2008 (D.I. 40) oppose Plaintiffs' request to initiate discovery immediately.

The Court will review the motion papers submitted and determine if oral argument is necessary. A scheduling conference will be deferred pending a decision on the motions to dismiss.

November 13, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE